UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFERY T. HAMMOND, | ) | NO. CV 08-1606-DSF (CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| KEN CLARK, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Denying Request to Stay the Proceedings and Hold the Petition in Abeyance and Accepting the Magistrate Judge's Report and Recommendation with Non-Material Modifications,

IT IS ADJUDGED that the petition is denied and dismissed without prejudice.

DATED: 8/4/08

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE